No. 11–10712. MOORE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10713. MCKINNEY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–10714. MUSGROVE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10716. CURVAN v. TROMBLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10717. BOONE v. ZYCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–10719. WELLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10720. TOMASELLI ET AL. v. COPPOLA & COPPOLA ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–10721. DOROTEO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10723. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–10724. LEECH v. HOLT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 11–10725. XIANG LI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10726. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10727. NEAL v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10728. MUELLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10729. OSBORNE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10730. MOSES v. VIRGINIA. Sup. Ct. Va. Certiorari denied.